UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MKH, INC.,

                Petitioner,

     v.

CLOUDFLARE, INC.,

                Respondent.

Case No.  26-mc-80095-SK

**ORDER REGARDING CONSENT**

Regarding Docket No. 1

On April 1, 2026, Petitioner MKH, Inc. ("Petitioner") filed an *ex parte* application seeking an order to obtain discovery from CloudFlare, Inc. ("Respondent") for use in a forthcoming foreign proceeding pursuant to 28 U.S.C. § 1782.  (Dkt. No. 1.)  The Court HEREBY ORDERS Petitioner to serve a copy of its application and supporting papers and this Order on Respondent by no later than April 10, 2026, and file a proof of service by no later than April 14, 2026.

Petitioner and Respondent shall file a "Consent or Declination to Magistrate Judge Jurisdiction"[1] form indicating whether they consent to or decline magistrate judge jurisdiction no later than April 17, 2026.  Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.  Fed. R. Civ. P. 73(b)(2).

If the Court does not have consent of both Petitioner and Respondent by April 17, 2026, the Court will order the Clerk to reassign this matter to a district judge.

**IT IS SO ORDERED**.

Dated: April 7, 2026

SALLIE KIM
United States Magistrate Judge

---

[1] The form is available at https://cand.uscourts.gov/forms/magistrate-judge-consentdeclination-form.